JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| EMILIO CASTANEDA TIRADO, | Case No.  EDCV-17-00125-SVW (KES) |
|---|---|
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID SHINN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus for lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:  February 2, 2017

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE